# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA

**City:** Revere
**County:** Suffolk

**Related Case Information:**
Superseding Ind./Inf.: _____    Case No.: _____
Same Defendant: _____    New Defendant: _____
Magistrate Judge Case Number: _____
Search Warrant Case Number: 23-MJ-1460-DLC, 23-MJ-1461-DLC
R 20/R 40 from District of: _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-cr-10053-FDS   [✓] Yes   [ ] No

**Defendant Name:** Francis Forsyth    **Juvenile:** [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

**Alias Name:** Kranko
**Address:** East Boston, MA
**Birth date (Yr only):** 1999    **SSN (last 4#):** 8800    **Sex:** M    **Race:** White    **Nationality:** _____

**Defense Counsel if known:** Stephen Neyman    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** [ ] Yes  [✓] No    List language and/or dialect: _____

**Victims:** [ ] Yes  [✓] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes  [✓] No

**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested    [✓] Regular Process    [✓] In Custody

**Location Status:** Suffolk HOC

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[✓] Already in State Custody at Suffolk HOC    [✓] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** [ ] Complaint   [ ] Information   [✓] Indictment
**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [✓] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/24/2024    **Signature of AUSA:** *Philip A. Mallard*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Francis Forsyth, a/k/a "Kranko"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of and Possession with Intent to Distribute Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013